IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CROWN EQUIPMENT CORPORATION,

    Plaintiff and Counter Defendant,

Case No. 18-cv-865-jdp

  v.

WOODVILLE WAREHOUSING &
DISTRIBUTING LLC,

    Defendant and Counter Claimant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing all claims and counter claims with prejudice for failure to prosecute.

| s/ R. Swanson, Deputy Clerk | 3/4/2020 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |